■ In the Matter of DAVID BROOKS, Petitioner, v J. HESSEL, as Acting Superintendent of Gowanda Correctional Facility, et al., Respondents. [920 NYS2d 917]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination has been administratively reversed and all references thereto have been expunged from petitioner's institutional record. Given that petitioner has received all the relief to which he is entitled, the petition must be dismissed as moot (*see Matter of Brown v Fischer*, 77 AD3d 1004, 1005 [2010]; *Matter of Harrison v Bezio*, 77 AD3d 1000 [2010]).

Mercure, J.P., Peters, Lahtinen, Malone Jr. and McCarthy, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.